UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DR. LISA A. BLEDSOE<br>And GARY BLEDSOE,<br><br>      Plaintiffs,<br><br>  v.<br><br>STATE FARM FIRE AND<br>CASUALTY COMPANY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 1:04-cv-1584-DFH-TAB<br>)<br>)<br>)<br>)<br>) |

FINAL JUDGMENT

The court having granted defendant's motion for summary judgment, it is hereby ORDERED ADJUDGED AND DECREED that plaintiffs Dr. Lisa A. Bledsoe and Gary Bledsoe take nothing by their complaint against defendant State Farm Fire and Casualty Company, and that this action is DISMISSED WITH PREJUDICE.

Date:  October 7, 2005

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
    Deputy Clerk, U.S. District Court

Copies to:

Christopher J. Braun
PLEWS SHADLEY RACHER & BRAUN
cbraun@psrb.com

Donna C. Marron
PLEWS SHADLEY RACHER & BRAUN
dmarron@psrb.com

Tina M. Richards
PLEWS SHADLEY RACHER & BRAUN
trichards@psrb.com

Dennis F. Cantrell
BINGHAM MCHALE, LLP
dcantrell@binghammchale.com

Daniel J. Gerritzen
BINGHAM MCHALE, LLP
dgerritzen@binghammchale.com